FILED
MAY 1 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>MIGUEL AGUINIGA,<br>　　　　　Defendant. | Criminal No. 07CR0850-BTM<br>Date: May 11, 2007<br>Time: 1:30 p.m.<br><br>**ORDER TO PRESERVE AND RE-WEIGH NARCOTIC EVIDENCE** |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination and weighing, the drugs seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Mr. Aguiniga, and an opportunity to respond.

**SO ORDERED.**

Dated: 5/11/07

HONORABLE BARRY T. MOSKOWITZ
U.S. District Court Judge