UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE BARRY T. MOSKOWITZ**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR0850-BTM |
| Plaintiff, | ) | |
| v. | ) | **PROPOSED ORDER** |
| MIGUEL ANGEL AGUINIGA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the motion hearing currently scheduled for Thursday, July 5, 2007, at 9:00 a.m., be continued until **Friday, July 13, 2007, at 1:30 p.m.**

**SO ORDERED.**

DATED: July 3, 2007

Hon. Barry Ted Moskowitz
United States District Judge