FILED
JUN 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

FILED
JUL 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MIGUEL AGUINIGA,<br><br>    Defendant. | ) Criminal No. 07CR0850-BTM<br>)<br>)<br>)<br>) **ORDER TO APPEAR**<br>)<br>)<br>) |

**IT IS HEREBY ORDERED** that Mr. Miguel Aguiniga be present for his next court date before the district court in the Southern District of California on August 6th, 2007, at 9 a.m. Unless otherwise ordered, Mr. Aguiniga must also be present for a trial in his case beginning on September 4, 2007, at 9 a.m.

**SO ORDERED.**

Dated: July 13, 2007

HONORABLE BARRY T. MOSKOWITZ
U.S. District Court Judge