```
                                    FILED
                                  SEP 19 2007
                          CLERK, U.S. DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA
                          BY               DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR0850-BTM |
| Plaintiff, ) | |
| v. ) | |
| MIGUEL AGUINIGA, ) | ORDER |
| Defendant. ) | ADMITTING COMPUTER EQUIPMENT INTO COURTROOM |

**IT IS HEREBY ORDERED** that counsel for Mr. Aguinga, or employees of the Federal Defenders of San Diego, Inc., may bring computer equipment into Courtroom 15 for trial in the above-captioned case.

Dated: 9/19/07

HONORABLE BARRY T. MOSKOWITZ
United States District Judge